IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN JAMES HOFFMANN

    Plaintiff,

Case No. 24-cv-541-jdp

V.

SAMUEL MILLER

WADE SCHLICHTING

ANTHONY BRISKI,

sued in their

individual and official

capacities,

    Defendants.



---

### § 14:10. NOTICE OF AMENDED COMPLAINT [Fed. R. Civ. P. 15(a)]

---

Please take notice, that enclosed is a copy of the Amended Complaint filed in this action as a matter of course, pursuant to Fed. R. Civ. P. 15(a).

*Steven James Hoffmann #635380*

Steven James Hoffmann #635380

Pro Se

N6500 Haipek Rd.

P.O. Box 233

Black River Falls, WI 54615

*Pursuant to 28 U.S.C.A. § 1746 I declare or certify under penalty of perjury that the foregoing is true and correct. Executed on 6-27-25

-1-